HERBERT I. PIERCE, III
CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH P.L.L.P.
500 Transwestern Plaza II
490 North 31ST Street
P. O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
Fax: (406) 256-0277

Attorneys for Defendant Billings Clinic

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | | |
|---|---|---|
| JAMES D. NUNLEY, | ) | |
| | ) | Cause No.:  CV-06-123-BLG-RFC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| BILLINGS CLINIC, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their

respective attorneys, that the above-entitled action has been fully and finally resolved on the

merits for claims involving Defendant Billings Clinic and that the Defendant Billings Clinic

in the above-named action be dismissed.  It is further stipulated that the attorneys for the

parties hereto hereby move the Court for an Order dismissing Defendant Billings Clinic from

the above-entitled action with prejudice, each party to bear its own costs.

DATED this 28th day of June, 2007.

CROWLEY, HAUGHEY, HANSON,
  TOOLE & DIETRICH P.L.L.P.

By:  /s/ Herbert I. Pierce, III
  HERBERT I. PIERCE, III
P. O. Box 2529
Billings, MT  59103-2529
Attorneys for Defendant
Billings Clinic

DATED this 28th day of June, 2007.

LYNAUGH, FITZGERALD, EISELEIN &
  GRUBBS

By:  _____
  Larry Grubbs
225 North 23rd Street
P.O. Box 1729
Billings, MT  59103-1729
Attorneys for Plaintiff
James Nunley