```
                                    FILED
                                BILLINGS DIV.

                              2007 JUN 28 PM 2 35

                              PATRICK E. DUFFY, CLERK
                              BY _____
                                   DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BILLINGS DIVISION

| | |
|---|---|
| JAMES D. NUNLEY,               ) | |
|                                ) | Cause No.: CV-06-123-BLG-RFC |
| Plaintiff,                     ) | |
|                                ) | |
| vs.                            ) | |
|                                ) | **ORDER OF DISMISSAL WITH** |
| BILLINGS CLINIC, a corporation,) | **PREJUDICE** |
|                                ) | |
| Defendant.                     ) | |
|                                ) | |

UPON STIPULATION of the parties and good cause appearing therefore, it is hereby ORDERED that the within cause of action may and should be dismissed with prejudice, as having been fully settled upon its merits, each party to pay its own costs and attorneys' fees.

ORDERED this 28th day of June, 2007.

_____
RICHARD F. CEBULL
United States District Judge